■ LAWRENCE DEVELOPMENT CORPORATION, Plaintiff, v JOBIN WATERPROOFING, INC., Defendant and Third-Party Plaintiff-Appellant. HRH CONSTRUCTION CORPORATION, et al., Third-Party Defendants-Respondents. (Appeal No. 1.)—Appeal unanimously dismissed without costs as moot *(see, 100 Hudson Tenants Corp. v Laber,* 98 AD2d 692; *Mattsson v Johns-Manville Prods. Corp.,* 78 AD2d 793, *lv dismissed* 53 NY2d 675). (Appeal from order of Supreme Court, Queens County, Katz, J.—dismiss third-party complaint.) Present—Boomer, J. P., Green, Pine, Balio and Lawton, JJ.